FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -7 A 10: 03

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SAMIR M. SULAYMAN, M.D.,

Plaintiff,

v.

UNITED STATES OF AMERICA;
KATHLEEN HAWK, Director of
the United States Bureau of
Prisons; THE FEDERAL BUREAU
OF PRISONS; THE UNITED STATES
DEPARTMENT OF JUSTICE; JANET
RENO, Attorney General of
the United States of America,

Defendants

CIVIL ACTION NUMBER:

CV297-118

## ORDER

Before the Court for consideration is the Joint Motion for Disposition of Sealed Records in Response to Court's Order dated May 25, 2005 wherein a request is made for an Order authorizing the return of sealed records to the party or other person who produced such records through his or its counsel. After careful consideration and review, the Joint Motion requesting disposition is hereby GRANTED.

The Clerk of this Court is directed to produce Exhibit "F" to the Fraysee Delegal deposition to Martha Dekle, Esquire, counsel for Mr. Delegal; to produce to Melissa Mundell, Esquire, Assistant United States Attorney, Exhibits "4" and "5"; and that thereafter the entire case file is to be forwarded to the Federal Documents Center.

SO ORDERED this the 7th day of June, 2005.

ANTHONY A. ALAIMO
SENIOR DISTRICT COURT JUDGE